JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br>JUST FOR WRAPS, INC., a California Corporation; ROSS STORES, INC., a California Corporation; and DOES 1 through 10, inclusive, | Case No.: CV 16-2563-DMG (KSx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL [21]** |

The parties having so stipulated and agreed, the above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. All scheduled dates and deadlines are VACATED.

DATED: September 26, 2016    _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1